1030-20372                                                                                                                    1371755

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY DURR**<br>**PLAINTIFF** | **CIVIL ACTION NO: 2:18-CV-03742** |
| **VERSUS** | **DISTRICT JUDGE:**<br>**HONORABLE BARRY W. ASHE** |
| **GOL, LLC and**<br>**REC MARINE LOGISTICS, LLC,**<br>**DEFENDANTS** | **MAGISTRATE JUDGE:**<br>**DANIEL E. KNOWLES, III** |

### AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("American Club" or "Defendant"), and responds to the original Complaint (Rec. Doc. 1) ("Complaint") filed by Terry Durr ("plaintiff"), as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

The Complaint is barred by the applicable period of prescription or statute of limitations, or laches.

### THIRD DEFENSE

The Complaint is defective in that it is so vague and ambiguous that Defendant cannot reasonably prepare a response.

### FOURTH DEFENSE

And now, without waiving any of the foregoing defenses, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Defendant") responds to the allegations of

plaintiff's original Complaint (Rec. Doc. 1) ("Complaint") categorically and by paragraph as follows:

1.

The allegations contained in Paragraph I of the Complaint do not require a response from Defendant. Notwithstanding, out of an abundance of caution and to the extent necessary, those allegations are denied for lack of sufficient information to justify a belief therein.

2.

The allegations contained in Paragraph II of the Complaint are admitted.

3.

The allegations contained in Paragraph III of the Complaint are admitted.

4.

The allegations contained in Paragraph IV of the Complaint are denied for lack of sufficient information to justify a belief therein.

5.

The allegations contained in Paragraph V of the Complaint are denied for lack of sufficient information to justify a belief therein.

6.

The allegations contained in Paragraph VI, and all subparagraphs, of the Complaint are denied.

7.

The allegations contained in Paragraph VII of the Complaint are denied.

8.

The allegations contained in Paragraph VIII of the Complaint are denied.

**FIFTH DEFENSE**

Defendant denies the allegations of any unnumbered and/or mis-numbered paragraphs, any allegations contained in the prayer for relief, and any allegations contained in the Complaint which have not heretofore been specifically addressed.

**SIXTH DEFENSE**

To the extent not inconsistent with the answers and affirmative defenses set forth herein, the American Club incorporates all answers and affirmative defenses set forth by its insured, REC and GOL, in response to the allegations of plaintiff's original Complaint and First Amended and Restated Complaint.

**SEVENTH DEFENSE**

The American Club pleads the terms, conditions, exclusions, and limits of its insurance policy issued to REC and GOL, the Certificate of Entry issued to REC and GOL, the by-laws of the American Club, as well as its Member rules and regulations as if same were set forth herein in their entirety.

**EIGHTH DEFENSE**

Plaintiff has failed to mitigate its alleged damages.

**NINTH DEFENSE**

The Complaint is barred as it asserts claims and/or damages for which American Club and/or its insured is not legally obligated to pay.

**ELEVENTH DEFENSE**

The American Club reserves the right to plead any and all additional applicable affirmative defenses, claims, cross-claims, and counter-claims against any party as may be or become appropriate.

.

**WHEREFORE,** the premises considered, Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., prays that its Answer to the original Complaint be deemed good and sufficient and, that after due proceedings be had, there be judgment herein in favor of defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., and against plaintiff, Terry Durr, dismissing his original Complaint, at plaintiff's costs, and that defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., be granted such other and further relief as equity and the justice of the cause may require and permit.

Respectfully submitted:

_/s/ Salvador J. Pusateri_

Salvador J. Pusateri T.A. (#21036)
Michael H. Rodrigue, Jr. (#31306)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Michael.Rodrigue@pjgglaw.com
ATTORNEYS FOR American Steamship Owners Mutual Protection and Indemnity Association, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of September, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_____