# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY DURR**<br>**PLAINTIFF**<br><br>**VERSUS**<br><br>**GOL, LLC and**<br>**REC MARINE LOGISTICS, LLC,**<br>**DEFENDANTS** | **CIVIL ACTION NO: 2:18-CV-03742**<br><br>**DISTRICT JUDGE:**<br>**HONORABLE BARRY W. ASHE**<br><br>**MAGISTRATE JUDGE:**<br>**DANIEL E. KNOWLES, III** |

## AMERICAN STEAMSHIP OWNERS MUTUAL PROTECTION AND INDEMNITY ASSOCIATION, INC.'S ANSWER TO PLAINTIFF'S SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("American Club" or "Defendant"), and responds to the Supplemental and Amending Complaint (Rec. Doc. 21) ("Supplemental Complaint") filed by Terry Durr ("plaintiff"), as follows:

### FIRST DEFENSE

The Supplemental Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND DEFENSE

The Supplemental Complaint is barred by the applicable period of prescription or statute of limitations, or laches.

### THIRD DEFENSE

The Supplemental Complaint is defective in that it is so vague and ambiguous that Defendant cannot reasonably prepare a response.

**FOURTH DEFENSE**

And now, without waiving any of the foregoing defenses, American Steamship Owners Mutual Protection and Indemnity Association, Inc. ("Defendant") responds to the allegations of plaintiff's Supplemental and Amending Complaint (Rec. Doc. 21) ("Supplemental Complaint") categorically and by paragraph as follows:

1.

The allegations contained in Paragraph I of the Supplemental Complaint are denied as written, except to admit that REC Marine Logistics, LLC ("REC") and GOL, LLC ("GOL") is insured through its membership in the American Club.

2.

The allegations contained in Paragraph II of the Supplemental Complaint do not require a response from this Defendant. Notwithstanding, out of an abundance of caution and to the extent necessary, those allegations are denied, and Defendant reasserts, re-avers, re-alleges, and incorporates as if set forth fully herein Defendant's Answer and Affirmative Defenses contained in Defendant's Answer to plaintiff's original Complaint.

**FIFTH DEFENSE**

Defendant denies the allegations of any unnumbered and/or mis-numbered paragraphs, any allegations contained in the prayer for relief, and any allegations contained in the Supplemental Complaint which have not heretofore been specifically addressed.

**SIXTH DEFENSE**

To the extent not inconsistent with the answers and affirmative defenses set forth herein, the American Club incorporates all answers and affirmative defenses set forth by its insured, REC

and GOL, in response to the allegations of plaintiff's original Complaint and First Amended and Restated Complaint.

## SEVENTH DEFENSE

The American Club pleads the terms, conditions, exclusions, and limits of its insurance policy issued to REC and GOL, the Certificate of Entry issued to REC and GOL, the by-laws of the American Club, as well as its Member rules and regulations as if same were set forth herein in their entirety.

## EIGHTH DEFENSE

Plaintiff has failed to mitigate its alleged damages.

## NINTH DEFENSE

The Supplemental Complaint is barred as it asserts claims and/or damages for which American Club and/or its insured is not legally obligated to pay.

## ELEVENTH DEFENSE

The American Club reserves the right to plead any and all additional applicable affirmative defenses, claims, cross-claims, and counter-claims against any party as may be or become appropriate.

**WHEREFORE,** the premises considered, Defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., prays that its Answer to the Supplemental and Amending Complaint be deemed good and sufficient and, that after due proceedings be had, there be judgment herein in favor of defendant, American Steamship Owners Mutual Protection and Indemnity Association, Inc., and against plaintiff, Terry Durr, dismissing his original Complaint and Supplemental and Amending Complaint, at plaintiff's costs, and that defendant, American

Steamship Owners Mutual Protection and Indemnity Association, Inc., be granted such other and

further relief as equity and the justice of the cause may require and permit.

Respectfully submitted:

_(signature)_

Salvador J. Pusateri T.A. (#21036)
Michael H. Rodrigue, Jr. (#31306)
PUSATERI, JOHNSTON, GUILLOT & GREENBAUM
1100 Poydras Street
Energy Centre – Suite 2250
New Orleans, Louisiana 70163
Telephone: (504) 620-2500
Facsimile:  (504) 620-2510
Salvador.Pusateri@pjgglaw.com
Michael.Rodrigue@pjgglaw.com
ATTORNEYS FOR American Steamship Owners Mutual
Protection and Indemnity Association, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program and otherwise consented to receive notice and service via CM/ECF. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

_(signature)_